```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                              Case No. 20-01043-HWV
Jeffrey E. Martin                                                   Chapter 13
       Debtor                     CERTIFICATE OF NOTICE
District/off: 0314-1           User: AutoDocke              Page 1 of 2              Date Rcvd: Apr 28, 2020
                               Form ID: ntcnfhrg            Total Noticed: 35
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 30, 2020.
```
db             +Jeffrey E. Martin,    611 Prospect Avenue,    Shippensburg, PA 17257-8988
5314057        +Action Financial Services, LLC,    PO Box 3250,    Central Point, OR 97502-0009
5322389         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
5316359        +Franklin County Tax Claim Bureau,    2 North Main Street,    Chambersburg PA 17201-1811
5314065         Franklin County Tax Claim Bureau,    Old Courthouse, 1st Floor,    Chambersburg, PA 17201
5322273        +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
5314066         Manley Deas Kochalski, LLC,    1555 Lake Shore Drive,    PO Box 165028,    Columbus, OH 43216-5028
5314068         Merchants & Medical,    Credit Corporation, Inc.,    6324 Taylor Drive,    Flint, MI 48507-4685
5314071        +PNC Bank, NA,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
5314073        +Richard A. Savrann, Esquire,    2500 Quantum Lakes Drive #201B,    Boynton Beach, FL 33426-8324
5314074        +Santander Bank, NA,    601 Penn Street,    10-6438-FB7,    Reading, PA 19601-3563
5322061        +Santander Consumer USA Inc.,    PO Box 560284,    Dallas, TX 75356-0284
5319100        +SunTrust Bank now Truist Bank,    ATTN: Support Services,
                 Bankruptcy Department, P.O. Box 85092,    Richmond,, VA 23286-0001
5314075        +Suntrust Bank,    PO Box 85052,    Richmond, VA 23285-5052
5314077         US Department of Education,    Attn: Claims Filing Unit,    PO Box 8973,    Madison, WI 53708-8973
5314079        +Zwicker & Associates, PC,    3220 Tillman Drive, Suite 215,    Bensalem, PA 19020-2028
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 28 2020 19:57:35
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5320625         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 28 2020 19:56:52
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC 28272-1083
5314058         E-mail/Text: bncnotices@becket-lee.com Apr 28 2020 19:55:47     Capital One Bank / Kohl’s,
                 N56 West 17000 Ridgewood Drive,    Menomonee Falls, WI 53051
5314059         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 28 2020 19:58:18
                 Capital One Bank USA, NA,    PO Box 30285,    Salt Lake City, UT 84130-0285
5314061         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 28 2020 19:55:52      Comenity Bank / Ulta,
                 Attn: Bankruptcy Department,    PO Box 183003,    Columbus, OH 43218-3003
5314062         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 28 2020 19:55:51
                 Comenity Bank / Victoria’s Secret,    Attn: Bankruptcy Department,    PO Box 182125,
                 Columbus, OH 43218-2125
5314063        +E-mail/Text: convergent@ebn.phinsolutions.com Apr 28 2020 19:56:09
                 Convergent Outsourcing, Inc.,    800 SW 39th Street,    PO Box 9004,    Renton, WA 98057-9004
5314064         E-mail/Text: mrdiscen@discover.com Apr 28 2020 19:55:46     Discover Financial Services, LLC,
                 PO Box 3025,    New Albany, OH 43054-3025
5317715        +E-mail/Text: dplbk@discover.com Apr 28 2020 19:56:08      Discover Personal Loans,
                 PO Box 30954,    Salt Lake City, UT 84130-0954
5314060         E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 28 2020 19:56:48      Chase Card,
                 PO Box 15298,    Wilmington, DE 19850
5315903         E-mail/PDF: resurgentbknotifications@resurgent.com Apr 28 2020 19:56:53      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5314067        +E-mail/Text: bknotices@mbandw.com Apr 28 2020 19:56:07     McCarthy, Burgess & Wolff,
                 26000 Cannon Road,    Bedford, OH 44146-1807
5319079        +E-mail/Text: ecfbankruptcy@progleasing.com Apr 28 2020 19:56:03      NPRTO North-East, LLC,
                 256 West Data Drive,    Draper, UT 84020-2315
5314069        +E-mail/Text: paparalegals@pandf.us Apr 28 2020 19:56:19     Patenaude & Felix, APC,
                 Southpointe Center,    501 Corporate Drive #205,    Canonsburg, PA 15317-8584
5314070        +E-mail/Text: bankruptcy@patriotfcu.org Apr 28 2020 19:56:02      Patriot Federal Credit Union,
                 800 Wayne Avenue,    PO Box 778,    Chambersburg, PA 17201-0778
5314072        +E-mail/Text: ecfbankruptcy@progleasing.com Apr 28 2020 19:56:03      Progressive Leasing,
                 256 Data Drive,    Draper, UT 84020-2315
5314457        +E-mail/PDF: gecsedi@recoverycorp.com Apr 28 2020 19:57:29     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5314076         E-mail/PDF: gecsedi@recoverycorp.com Apr 28 2020 19:57:29     Synchrony Bank / Lowe’s,
                 Attn: Bankruptcy Department,    PO Box 965061,    Orlando, FL 32896-5061
5314078         E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 28 2020 19:54:23
                 Verizon Wireless,    PO Box 25505,    Lehigh Valley, PA 18002-5505
                                                                                                TOTAL: 19

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2020　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2020 at the address(es) listed below:
　　　　Charles J DeHart, III (Trustee)　　TWecf@pamd13trustee.com
　　　　James　Warmbrodt　　on behalf of Creditor　　PNC Mortgage, a division of PNC Bank, National Association bkgroup@kmllawgroup.com
　　　　Karina　Velter　　on behalf of Creditor　　PNC BANK, NATIONAL ASSOCIATION amps@manleydeas.com
　　　　Paul Donald Murphy-Ahles　　on behalf of Debtor 1 Jeffrey E. Martin pmurphy@dplglaw.com, kgreene@dplglaw.com
　　　　United States Trustee　　ustpregion03.ha.ecf@usdoj.gov

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jeffrey E. Martin,   Chapter   13

    **Debtor 1**

Case No.   1:20–bk–01043–HWV

# Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**June 3, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court The hearing will be held telephonically, using CourtCall. Please contact them, at 866–582–6878, no later than 24 hours, before your hearing. | Date: June 10, 2020<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing *( L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CourtneyWojtowicz, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: April 28, 2020 |

ntcnfhrg (03/18)