```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                            Case No. 20-01043-HWV
Jeffrey E. Martin                                                 Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1    User: AutoDocke    Page 1 of 1    Date Rcvd: Jun 10, 2020
    Form ID: pdf010    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2020.
    +ADUSA Distribution, LLC,    Attn: Payroll Administrator,    2110 Executive Drive,    Salisbury, NC 28147-9007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2020    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 10, 2020 at the address(es) listed below:
    Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
    James   Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
    James   Warmbrodt    on behalf of Creditor    PNC Mortgage, a division of PNC Bank, National
     Association bkgroup@kmllawgroup.com
    Karina   Velter    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION amps@manleydeas.com
    Paul Donald Murphy-Ahles    on behalf of Debtor 1 Jeffrey E. Martin pmurphy@dplglaw.com,
     kgreene@dplglaw.com
    United States Trustee    ustpregion03.ha.ecf@usdoj.gov
    TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Jeffrey E. Martin<br>**Debtor 1** | Chapter 13<br><br>Case No. 1:20-BK-01043-HWV<br><br>Matter: Motion for Wage Attachment Order |

## ORDER OF COURT

UPON CONSIDERATION of the above-referenced Debtor(s) having filed a Plan under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute, IT IS HEREBY ORDERED that until further Order of this Court, the entity from whom Debtor 1, Jeffrey E. Martin, receives income from:

> ADUSA Distribution, LLC
> Attn: Payroll Administrator
> 2110 Executive Drive
> Salisbury, NC 28145

Should deduct from said Debtor 1's income the sum of **$439.85** from each **bi-weekly** paycheck, or such other sums as Debtor 1 may from time to time direct, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which Debtor 1 receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to Debtor 1, and to remit the deductible sums to:

> Charles J. DeHart, III, Esquire
> Standing Chapter 13 Trustee
> PO Box 7005
> Lancaster, PA 17604

IT IS FURTHER ORDERED that the entity from whom Debtor 1 receives income shall notify the Trustee if Debtor 1's income is terminated and the reason therefore. IT IS FURTHER ORDERED that all remaining income of Debtor 1 except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to said Debtor 1 in accordance with usual payment procedure. IT IS FURTHER ORDERED that the employer will place the Bankruptcy Case Number and the name of the Debtor(s) on all checks being forwarded to the Trustee to ensure proper accounting of the funds.

Dated: June 10, 2020

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge (LS)