## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JEFFREY E. MARTIN      :   CHAPTER 13
       Debtor(s)            :
                                 :

CHARLES J. DEHART, III      :
STANDING CHAPTER 13 TRUSTEE   :
       Movant             :
                                 :

       vs.                  :
                                 :

JEFFREY E. MARTIN         :
       Respondent(s)      :   CASE NO.   1-20-bk-01043

### TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

      AND NOW, this   17th   day of June, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

      1.   Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required.   More specifically,

      Trustee alleges and avers that debtor(s)' disposable income is greater than that which is committed to the plan based upon disposable income on Schedules I and J and specifically disputes the following amounts:

      a.   Fiancé income and expenses.

      WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

      a.   Deny confirmation of debtor(s) plan.
      b.   Dismiss or convert debtor(s) case.
      c.   Provide such other relief as is equitable and just.

                 Respectfully submitted:


                 /s/Charles J. DeHart, III
                 Standing Chapter 13 Trustee
                 8125 Adams Drive, Suite A
                 Hummelstown, PA 17036
                 (717) 566-6097

<u>CERTIFICATE OF SERVICE</u>

     AND NOW, this  17th  day of June, 2020, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Paul Murphy-Ahles, Esquire
2132 Market Street
Camp Hill, PA   17011

                        /s/Deborah A. Behney
                        Office of Charles J. DeHart, III
                        Standing Chapter 13 Trustee