# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 20-01043** |
| **Jeffrey E. Martin** | : | **Chapter 13** |
| | : | **Judge Henry W. Van Eck** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * |
| | : | |
| **PNC Bank, National Association** | : | **Date and Time of Hearing** |
| Movant, | : | **Place of Hearing** |
| vs | : | **October 18, 2022 at 09:30 a.m.** |
| | : | |
| **Jeffrey E. Martin** | : | |
| | : | |
| **Jack N Zaharopoulos (Trustee)** | : | |
| | : | |
| **Respondents.** | | |

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY ON FIRST MORTGAGE FOR REAL PROPERTY LOCATED AT 611 PROSPECT AVE, SHIPPENSBURG, PENNSYLVANIA 17257-8988

Upon consideration of the Motion for Relief from Stay (the "Motion") filed by PNC Bank, National Association ("Creditor") regarding the real property located at 611 Prospect Ave, Shippensburg, Pennsylvania 17257-8988.

it is hereby **ORDERED, ADJUDGED AND DECREED** that the Motion is granted and the automatic stay imposed by § 362 of the Bankruptcy Code are terminated as it affects the interest of Creditor in and to the property located at 611 Prospect Ave, Shippensburg, Pennsylvania 17257-8988.

**IT IS FURTHER ORDERED** that Creditor may take any and all actions necessary to enforce its rights in the Property under state law. Additionally, the Court orders that Fed.R.Bankr.P. 4001(a)(3) is waived, and this order is effective immediately.

20-009760_BEW1

Date: _____    _____
                                Judge Henry W. Van Eck
                                United States Bankruptcy Judge

**SUBMITTED BY**:

/s/ Alyk L. Oflazianp
_____
Alyk L. Oflazian (312912)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Alyk L. Oflazian.
Contact email is ALOflazian@manleydeas.com

CC:

   Alyk L. Oflazian, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

   Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

   Jack N Zaharopoulos (Trustee), Standing Chapter 13 Trustee, 8125 Adams Drive, Suite A, Hummelstown, PA  17036, info@pamd13trustee.com (notified by ecf)

   Paul Donald Murphy-Ahles, Attorney for Debtor, Dethlefs Pykosh & Murphy, 2132 Market Street, Camp Hill, PA  17011, pmurphy@dplglaw.com (notified by ecf)

   Jeffrey E. Martin, 611 Prospect Avenue, Shippensburg, PA  17257 (notified by regular US Mail)

   Franklin County Tax Claim Bureau, Old Courthouse, 1st Floor, Chambersburg, PA  17201 (notified by regular US Mail)

   PNC Bank, NA, 2730 Liberty Avenue, Pittsburgh, PA  15222 (notified by regular US Mail)

20-009760_BEW1