United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Jeffrey E. Martin  
    Debtor

Case No. 20-01043-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3  
Date Rcvd: Nov 07, 2022     Form ID: nthrgreq     Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey E. Martin, 611 Prospect Avenue, Shippensburg, PA 17257-8988 |
| 5314057 | #+ | Action Financial Services, LLC, PO Box 3250, Central Point, OR 97502-0009 |
| 5314058 | | Capital One Bank / Kohl's, N56 West 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 5316359 | | Franklin County Tax Claim Bureau, 2 North Main Street, Chambersburg PA 17201 |
| 5314065 | | Franklin County Tax Claim Bureau, Old Courthouse, 1st Floor, Chambersburg, PA 17201 |
| 5314073 | + | Richard A. Savrann, Esquire, 2500 Quantum Lakes Drive #201B, Boynton Beach, FL 33426-8324 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Nov 07 2022 18:37:57 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5320625 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 07 2022 18:38:01 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5314059 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 07 2022 18:38:01 | Capital One Bank USA, NA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5322389 | | Email/PDF: bncnotices@becket-lee.com | Nov 07 2022 18:38:02 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5314061 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 07 2022 18:37:00 | Comenity Bank / Ulta, Attn: Bankruptcy Department, PO Box 183003, Columbus, OH 43218-3003 |
| 5314062 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 07 2022 18:37:00 | Comenity Bank / Victoria's Secret, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 5314063 | + | Email/Text: convergent@ebn.phinsolutions.com | Nov 07 2022 18:37:00 | Convergent Outsourcing, Inc., 800 SW 39th Street, PO Box 9004, Renton, WA 98057-9004 |
| 5314064 | | Email/Text: mrdiscen@discover.com | Nov 07 2022 18:37:00 | Discover Financial Services, LLC, PO Box 3025, New Albany, OH 43054-3025 |
| 5317715 | + | Email/Text: dplbk@discover.com | Nov 07 2022 18:37:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 5314060 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 07 2022 18:38:01 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 5322273 | + | Email/Text: RASEBN@raslg.com | Nov 07 2022 18:37:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5315903 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 07 2022 18:38:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5314066 | | Email/Text: amps@manleydeas.com | Nov 07 2022 18:37:00 | Manley Deas Kochalski, LLC, 1555 Lake Shore Drive, PO Box 165028, Columbus, OH 43216-5028 |
| 5314067 | + | Email/Text: bknotices@mbandw.com | Nov 07 2022 18:37:00 | McCarthy, Burgess & Wolff, 26000 Cannon Road, Bedford, OH 44146-1807 |
| 5314068 | | Email/Text: bankruptcy@mermed.com | Nov 07 2022 18:37:00 | Merchants & Medical, Credit Corporation, Inc., 6324 Taylor Drive, Flint, MI 48507-4685 |
| 5319079 | + | Email/Text: ecfbankruptcy@progleasing.com | Nov 07 2022 18:37:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 5325728 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 07 2022 18:37:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 5314071 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 07 2022 18:37:00 | PNC Bank, NA, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 5325127 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 07 2022 18:37:00 | PNC Bank, National Association, Attn: Bankruptcy Dept., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 5314069 | + | Email/Text: paparalegals@pandf.us | Nov 07 2022 18:37:00 | Patenaude & Felix, APC, Southpointe Center, 501 Corporate Drive #205, Canonsburg, PA 15317-8584 |
| 5314070 | + | Email/Text: bankruptcy@patriotfcu.org | Nov 07 2022 18:37:00 | Patriot Federal Credit Union, 800 Wayne Avenue, PO Box 778, Chambersburg, PA 17201-0778 |
| 5314072 | + | Email/Text: ecfbankruptcy@progleasing.com | Nov 07 2022 18:37:00 | Progressive Leasing, 256 Data Drive, Draper, UT 84020-2315 |
| 5328144 | | Email/Text: bnc-quantum@quantum3group.com | Nov 07 2022 18:37:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5328143 | | Email/Text: bnc-quantum@quantum3group.com | Nov 07 2022 18:37:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5314074 | + | Email/Text: DeftBkr@santander.us | Nov 07 2022 18:37:00 | Santander Bank, NA, 601 Penn Street, 10-6438-FB7, Reading, PA 19601-3563 |
| 5322061 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 07 2022 18:37:00 | Santander Consumer USA Inc., PO Box 560284, Dallas, TX 75356-0284 |
| 5319100 | + | Email/Text: bankruptcy@bbandt.com | Nov 07 2022 18:37:00 | SunTrust Bank now Truist Bank, ATTN: Support Services, Bankruptcy Department, P.O. Box 85092, Richmond,, VA 23286-0001 |
| 5314075 | + | Email/Text: bankruptcy@bbandt.com | Nov 07 2022 18:37:00 | Suntrust Bank, PO Box 85052, Richmond, VA 23285-5052 |
| 5314457 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 07 2022 18:37:57 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5314076 | | Email/PDF: gecsedi@recoverycorp.com | Nov 07 2022 18:38:05 | Synchrony Bank / Lowe's, Attn: Bankruptcy Department, PO Box 965061, Orlando, FL 32896-5061 |
| 5314077 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Nov 07 2022 18:37:00 | US Department of Education, Attn: Claims Filing Unit, PO Box 8973, Madison, WI 53708-8973 |
| 5328090 | | Email/PDF: ebn_ais@aisinfo.com | Nov 07 2022 18:38:01 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5314078 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 07 2022 18:37:00 | Verizon Wireless, PO Box 25505, Lehigh Valley, PA 18002-5505 |
| 5314079 | + | Email/Text: bkfilings@zwickerpc.com | Nov 07 2022 18:37:00 | Zwicker & Associates, PC, 3220 Tillman Drive, Suite 215, Bensalem, PA 19020-2028 |

TOTAL: 34

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5329562 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2022        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Adam Bradley Hall | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com |
| Alyk L Oflazian | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor PNC Mortgage a division of PNC Bank, National Association bkgroup@kmllawgroup.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Jeffrey E. Martin pmurphy@dplglaw.com kgreene@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

Jeffrey E. Martin

**Debtor 1**

Chapter: 13

Case number: 1:20−bk−01043−HWV

Document Number: 52

Matter: Motion to Reimpose Automatic Stay

Jeffrey E. Martin
**Movant(s)**

vs.

PNC Bank, NA and
Jack N. Zaharopoulos, Standing Chapter 13 Trustee
**Respondent(s)**

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on March 17, 2020.

A hearing on the above referenced matter has been scheduled for:

| **United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101** | **Date: 11/29/22** **Time: 09:30 AM** |
|---|---|

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101−1737 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: PamelaRadginski, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 7, 2022 |

nthrgreq(02/19)