LOCAL BANKRUPTCY FORM 9013-3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| Jeffrey E. Martin | CHAPTER **13** |
| Debtor(s) | CASE NO.: **20-01043** |
| | |
| PNC Bank, National Association | ADVERSARY NO. \_\_\_-\_\_\_\_-ap-_____ |
| Plaintiff(s)/Movant(s) | (if applicable) |
| vs | |
| | Nature of Proceeding: **Motion to Reimpose Automatic Stay** |
| Jeffrey E. Martin | |
| | Document #: **52** |
| Jack N Zaharopoulos | |
| Defendants(s)/Respondent(s) | |

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with all concurrence of the opposing party (parties). This is a first request for a continuance.

Reason for the continuance.

Additional time is needed to resolve the Motion by stipulation.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 11/28/2022

/s/Alyk L. Oflazian
Attorney for PNC Bank, National Association
Name: Alyk L. Oflazian
Phone Number: 614-220-5611

20-009760_SCS2