United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-01043-HWV |
| Jeffrey E. Martin | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2

Date Rcvd: Apr 16, 2025      Form ID: pdf010      Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | ADUSA Distribution, LLC, Attn: Payroll Administrator, 2110 Executive Drive, Salisbury, NC 28147-9007 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| James Warmbrodt | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor PNC Mortgage a division of PNC Bank, National Association bkgroup@kmllawgroup.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Jeffrey E. Martin pmurphy@dplglaw.com kgreene@dplglaw.com |
| Stephen Franks | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com |

United States Trustee  ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jeffrey E. Martin
    **Debtor 1**

**Chapter** 13

**Case No.** 1:20-BK-01043-HWV

**Matter:** Motion for Termination of Wage Attachment Order

## ORDER OF COURT

UPON CONSIDERATION of the above-referenced Debtor(s)' Motion for Termination of Wage Attachment Order, IT IS HEREBY ORDERED that until further Order of this Court, the entity from whom Debtor 1 receives income should immediately cease the wage attachment in the amount of **$587.08** from each **bi-weekly** paycheck.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: April 15, 2025