United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Jeffrey E. Martin  
      Debtor

Case No. 20-01043-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: May 21, 2025      Form ID: 3180W      Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey E. Martin, 611 Prospect Avenue, Shippensburg, PA 17257-8988 |
| 5316359 | | Franklin County Tax Claim Bureau, 2 North Main Street, Chambersburg PA 17201 |
| 5314065 | | Franklin County Tax Claim Bureau, Old Courthouse, 1st Floor, Chambersburg, PA 17201 |
| 5314073 | + | Richard A. Savrann, Esquire, 2500 Quantum Lakes Drive #201B, Boynton Beach, FL 33426-8324 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | May 21 2025 22:40:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5320625 | | EDI: CAPITALONE.COM | May 21 2025 22:40:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5314058 | | EDI: CAPITALONE.COM | May 21 2025 22:40:00 | Capital One Bank / Kohl's, N56 West 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 5314059 | | EDI: CAPITALONE.COM | May 21 2025 22:40:00 | Capital One Bank USA, NA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5322389 | | Email/PDF: bncnotices@becket-lee.com | May 21 2025 18:43:10 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5314060 | + | EDI: JPMORGANCHASE | May 21 2025 22:40:00 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 5314061 | | EDI: WFNNB.COM | May 21 2025 22:40:00 | Comenity Bank / Ulta, Attn: Bankruptcy Department, PO Box 183003, Columbus, OH 43218-3003 |
| 5314062 | | EDI: WFNNB.COM | May 21 2025 22:40:00 | Comenity Bank / Victoria's Secret, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 5314063 | + | EDI: CONVERGENT.COM | May 21 2025 22:40:00 | Convergent Outsourcing, Inc., 800 SW 39th Street, PO Box 9004, Renton, WA 98057-9004 |
| 5314064 | | EDI: DISCOVER | May 21 2025 22:40:00 | Discover Financial Services, LLC, PO Box 3025, New Albany, OH 43054-3025 |
| 5317715 | + | EDI: DISCOVERPL | May 21 2025 22:40:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 5322273 | + | Email/Text: RASEBN@raslg.com | May 21 2025 18:40:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca |

| | | | |
| --- | --- | --- | --- |
| | | | Raton, FL 33487-2853 |
| 5315903 | Email/PDF: resurgentbknotifications@resurgent.com | May 21 2025 18:43:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5314066 | Email/Text: amps@manleydeas.com | May 21 2025 18:40:00 | Manley Deas Kochalski, LLC, 1555 Lake Shore Drive, PO Box 165028, Columbus, OH 43216-5028 |
| 5314067 | Email/Text: bknotices@mbandw.com | May 21 2025 18:40:00 | McCarthy, Burgess & Wolff, 26000 Cannon Road, Bedford, OH 44146 |
| 5314068 | Email/Text: bankruptcy@mermed.com | May 21 2025 18:40:00 | Merchants & Medical, Credit Corporation, Inc., 6324 Taylor Drive, Flint, MI 48507-4685 |
| 5319079 | + Email/Text: ecfbankruptcy@progleasing.com | May 21 2025 18:40:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 5325728 | Email/Text: Bankruptcy.Notices@pnc.com | May 21 2025 18:40:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 5314071 | Email/Text: Bankruptcy.Notices@pnc.com | May 21 2025 18:40:00 | PNC Bank, NA, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 5325127 | Email/Text: Bankruptcy.Notices@pnc.com | May 21 2025 18:40:00 | PNC Bank, National Association, Attn: Bankruptcy Dept., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 5314070 | + Email/Text: bankruptcy@patriotfcu.org | May 21 2025 18:40:00 | Patriot Federal Credit Union, 800 Wayne Avenue, PO Box 778, Chambersburg, PA 17201-0778 |
| 5314072 | + Email/Text: ecfbankruptcy@progleasing.com | May 21 2025 18:40:00 | Progressive Leasing, 256 Data Drive, Draper, UT 84020-2315 |
| 5328144 | EDI: Q3G.COM | May 21 2025 22:40:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5328143 | EDI: Q3G.COM | May 21 2025 22:40:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5314074 | + Email/Text: DeftBkr@santander.us | May 21 2025 18:40:00 | Santander Bank, NA, 601 Penn Street, 10-6438-FB7, Reading, PA 19601-3563 |
| 5322061 | + Email/Text: enotifications@santanderconsumerusa.com | May 21 2025 18:40:00 | Santander Consumer USA Inc., PO Box 560284, Dallas, TX 75356-0284 |
| 5319100 | + Email/Text: bankruptcy@bbandt.com | May 21 2025 18:40:00 | SunTrust Bank now Truist Bank, ATTN: Support Services, Bankruptcy Department, P.O. Box 85092, Richmond,, VA 23286-0001 |
| 5314075 | + Email/Text: bankruptcy@bbandt.com | May 21 2025 18:40:00 | Suntrust Bank, PO Box 85052, Richmond, VA 23285-5052 |
| 5314457 | ^ MEBN | May 21 2025 18:35:06 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5314076 | EDI: SYNC | May 21 2025 22:40:00 | Synchrony Bank / Lowe's, Attn: Bankruptcy Department, PO Box 965061, Orlando, FL 32896-5061 |
| 5329562 | + EDI: AISACG.COM | May 21 2025 22:40:00 | Synchrony Bank by AIS InfoSource, LP as, agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5314077 | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 21 2025 18:40:00 | US Department of Education, Attn: Claims Filing Unit, PO Box 8973, Madison, WI 53708-8973 |
| 5328090 | EDI: AIS.COM | May 21 2025 22:40:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5314078 | EDI: VERIZONCOMB.COM | May 21 2025 22:40:00 | Verizon Wireless, PO Box 25505, Lehigh Valley, PA 18002-5505 |
| 5314079 | + Email/Text: bkfilings@zwickerpc.com | May 21 2025 18:40:00 | Zwicker & Associates, PC, 3220 Tillman Drive, |

Suite 215, Bensalem, PA 19020-2028

TOTAL: 35

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5314057 | ##+ | Action Financial Services, LLC, PO Box 3250, Central Point, OR 97502-0009 |
| 5314069 | ##+ | Patenaude & Felix, APC, Southpointe Center, 501 Corporate Drive #205, Canonsburg, PA 15317-8584 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2025     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION amps@manleydeas.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| James Warmbrodt | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor PNC Mortgage  a division of PNC Bank, National Association bkgroup@kmllawgroup.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Jeffrey E. Martin pmurphy@dplglaw.com  kgreene@dplglaw.com |
| Stephen Franks | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION amps@manleydeas.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Jeffrey E. Martin<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9237<br>EIN   __-_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __-_____ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number:   1:20-bk-01043-HWV | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jeffrey E. Martin

5/21/25

**By the court:**

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W    **Chapter 13 Discharge**    page 1

Case 1:20-bk-01043-HWV    Doc 80    Filed 05/23/25    Entered 05/24/25 00:25:07    Desc
Imaged Certificate of Notice    Page 5 of 6

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**