**Fill in this information to identify the case**

**Debtor 1**  Jeffrey E. Martin

**Debtor 2**  _____
**(Spouse, if filing)**

**United States Bankruptcy Court for the:** MIDDLE District of PENNSYLVANIA
                                                                                      **(State)**

**Case number** 20-01043

# Form 4100R
## Response to Notice of Final Cure Payment                                    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** PNC Bank, National Association

**Court claim no.** (if known): 11

**Last 4 digits** of any number you use to identify the debtor's account: 4609

**Property address:** 611 Prospect Ave
Number    Street

Shippensburg  PA  17257-8988
City                           State        Zip Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with *§* 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:     07/01/2025
                                                                                                 MM/DD/YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with *§* 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                                    (a) $_____

b. Total fees, charges, expenses, escrow, and costs outstanding:                    (b) $_____

c. Total. Add lines a and b.                                                                                 (c) $_____

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became due on:     ___/___/____
                                                                                                                MM/DD/YYYY

| Debtor 1 | Jeffrey E. Martin | | Case number (if known) 20-01043 |
|---|---|---|---|
| | First Name | Middle Name Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;

☐ all fees, costs, escrow, and expenses assessed to the mortgage; and

☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

Check the appropriate box.

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** /s/Stephen R. Franks          Date  06/10/2025
     Signature

Print:    Stephen R. Franks          Title  Attorneys for Creditor

Company:  MDK Legal

Address:  P.O. Box 165028
          Number        Street

          Columbus, OH  43216-5028
          City        State    ZIP Code

Contact phone  614-220-5611          Email  amps@manleydeas.com

Form 4100R          **Response to Notice of Final Cure Payment**          page **2**

20-009760_EJS1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 20-01043** |
| **Jeffrey E. Martin** | : | **Chapter 13** |
| | : | **Judge Henry W. Van Eck** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| **PNC Bank, National Association** | : | **Related Document #** |
| **Movant,** | : | |
| vs | : | |
| | : | |
| **Jeffrey E. Martin** | : | |
| **Jack N Zaharopoulos** | : | |
| **Respondents.** | : | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Response to Notice of Final Cure was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

   Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

   Jack N Zaharopoulos, Standing Chapter 13 (Trustee), info@pamd13trustee.com

   Paul Donald Murphy-Ahles, Attorney for Jeffrey E. Martin, pmurphy@dplglaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

   Jeffrey E. Martin, 611 Prospect Avenue, Shippensburg, PA 17257

                                                                                          /s/Stephen R. Franks